Wilkins v Wright (2023 NY Slip Op 04845)

Wilkins v Wright

2023 NY Slip Op 04845

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND DELCONTE, JJ.

607 CA 22-01425

[*1]DONALD E. WILKINS AND DREMA K. WILKINS, PLAINTIFFS,
v
STEVEN WRIGHT, STEVEN WRIGHT, DOING BUSINESS AS SJW CONSTRUCTION, SJW CONSTRUCTION, LLC, AND S & J CONSTRUCTION AND REMODELING, LLC, DEFENDANTS-RESPONDENTS. MAIN STREET AMERICA ASSURANCE CO., NONPARTY-APPELLANT. 

PILLINGER MILLER TARALLO, LLP, ELMSFORD (DANIEL O. DIETCHWEILER OF COUNSEL), FOR NONPARTY-APPELLANT. 
ANTHONY J. VILLANI, P.C., LYONS (ANTHONY J. VILLANI OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Wayne County (Daniel G. Barrett, A.J.), entered February 9, 2022. The order recused a law firm from its representation of defendant Steven Wright, doing business as SJW Construction, and directed Main Street America Assurance Co. to appoint independent counsel selected by defendant Steven Wright to appear and defend the case with the costs and reasonable attorney's fees to be borne by Main Street America Assurance Co. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court